# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re CHARLES L. ABRAHAMS,<br><br>                              Debtor. | Case No. 15-cv-2769-BAS(DHB)<br><br>Bankruptcy No. 10-00968-CL 7 |
| CHARLES L. ABRAHAMS, SD SPORTS ASSOCIATES XIV,<br><br>                              Appellant,<br><br>     v.<br><br>TUNNICLIFFE CREDITORS, MATHIAS HENTZ,<br><br>                              Appellee. | **ORDER RE: APPELLANT'S PROSECUTION OF APPEAL** |

Pending before the Court is Appellee Tunnicliffe Creditors' motion for a status conference with respect to the prosecution of the appeal.  Appellee's motion recounts a history of Appellant Charles L. Abrahams' inability to comply with applicable rules and court orders.  That position is supported in this case in Appellant's failure to perfect the appeal. (*See* ECF No. 7.)

Accordingly, the Court **ORDERS** Appellant to perfect the appeal and file a statement of prosecution, clearly stating his intention to pursue this appeal, no later

1 than **February 15, 2016**.  Failure to comply with this order may result in the
2 dismissal of this appeal.  See Fed. R. Civ. P. 41(b); Civ. L.R. 41.1; *Omstead v. Dell,*
3 *Inc.*, 594 F.3d 1081, 1084 (9th Cir. 2010).  The Court also **DENIES WITHOUT**
4 **PREJUDICE** Appellee's motion for a status conference.  (ECF No. 8.)
5     **IT IS SO ORDERED.**

7 **DATED:  February 3, 2016**

8                                                               Hon. Cynthia Bashant
                                                                 United States District Judge